**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6959**

ROMAINE FRANCIS,

Plaintiff – Appellant,

v.

C. T. WOODY, Sheriff, in his capacity as Sheriff for the City of Richmond; SHERIFF'S DEPARTMENT FOR THE CITY OF RICHMOND; ANDERSON, Medical Worker; ROBERTSON, Captain of the City of Richmond Sheriff's Department,

Defendants – Appellees,

and

STANLEY NELSON FURMAN, Doctor,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:09-cv-00235-REP)

Submitted: October 13, 2011        Decided: October 18, 2011

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Romaine Francis, Appellant Pro Se. Robert A. Dybing, William Daniel Prince, THOMPSON MCMULLAN, PC, Richmond, Virginia, for

Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Romaine Francis appeals the district court's order granting summary judgment for the Appellees on his various 42 U.S.C. § 1983 (2006) claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Francis v. Woody</u>, No. 3:09-cv-00235-REP (E.D. Va. July 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>